**FILED**

SEP 06 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | 3:23 CR 495 |
| ) | JUDGE HELMICK |
| v. ) | CASE NO. _____ MAG JUDGE CLAY |
| ) | Title 18, United States Code, |
| JORDAN MYERS, ) | Sections 922(g)(1) and 924(a)(8) |
| ) | |
| Defendant. ) | |



## COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 16, 2023, in the Northern District of Ohio, Western Division, Defendant JORDAN MYERS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Trafficking in Heroin and Possession of Drugs, on or about January 31, 2017, in Case Number CR201602703, Lucas County Common Pleas Court, Trafficking in Heroin and Tampering with Evidence, on or about February 6, 2017, in Case Number CR201701020, Lucas County Common Pleas Court, and Possession of a Fentanyl Related Compound, Possession of Cocaine, and Having Weapons While Under Disability, on or about June 22, 2022, in Case Number CR202201258, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, SD40VE Semi-automatic Pistol, Serial Number FDC9490, said firearm having

been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant JORDAN MYERS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.