AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Jordan Myers | ) Case No. 3:23 CR 495 |
| | ) JUDGE HELMICK |
| | ) MAG JUDGE CLAY |
| Defendant | ) |

**FILED SEP 20 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jordan Myers,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 USC 922(g)(1): Felon in Possession of a Firearm

Date: 9/6/23

_____
Issuing officer's signature

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/6/23, and the person was arrested on *(date)* 9/18/23
at *(city and state)* Toledo, OH.

Date: 9/18/23

_____
Arresting officer's signature

Christopher Hodge DOM
*Printed name and title*